JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD HEALTH INDUSTRIES, INC., | Case No. CV 15-0272 DMG (Ex) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JAMES LACEY, | |
| Defendant. | |

This Court having granted the motion by Plaintiff World Health Industries, Inc. for default judgment by order dated August 7, 2015,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff World Health Industries, Inc. and against Defendant James Lacey in the following amounts: $356,021.84 in damages and $10,720 in attorney's fees.

DATED: August 7, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-