# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WORLD HEALTH INDUSTRIES, INC.,**<br><br>           Plaintiff,<br><br>   v.<br><br>**JAMES LACEY,**<br><br>           Defendant. | Case No. CV 15-272-DMG (Ex)<br><br>**RENEWED JUDGMENT** |

This Court having granted Plaintiff's Application for Renewal of Judgment by Order dated July 8, 2025,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is renewed in favor of Plaintiff World Health Industries, Inc. and against Defendant James Lacey in the total amount of $378,909.45.

DATED: July 8, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE